[No. 3400.]

CALIFORNIA MILLING AND MINING CO., LIMITED, v.
ROCKY MOUNTAIN NATIONAL BANK ET AL.

Appeal entered as a writ of error on the authority of Western
Lumber & Pole Co. v. City of Golden, ante.

*Appeal from Gilpin District Court.* HON. FLOR
ASHBAUGH, Judge.

Mr. HENRY J. HERSEY, Mr. ARTHUR PONSFORD,
Mr. WILLIAM E. HUTTON, Messrs. DAYTON & DENIOUS, for appellants.

Mr. H. A. HICKS, Mr. CHARLES W. WATERMAN,
for appellees.

CUNNINGHAM, Judge.

Appellants have filed a motion to remand this
cause to the supreme court, and appellees have filed
a motion to dismiss the appeal. The judgment in
the case does not appear to relate to a franchise or
to a freehold, and does not amount, exclusive of
costs, to the sum of $100.00, nor is the construc-
tion of any provision of the state or federal con-
stitution necessary to the determination of the
cause. Therefore, the motion of appellants to re-
mand the cause must be denied, and for the same
reason the motion of appellees to dismiss the ap-
peal should be granted.

The principal contention of the parties on brief
and on oral argument pertains to the right of this
court to re-enter the case as pending on error. We
have just decided, in the case of *The Western Lum-
ber and Pole Company v. City of Golden,* case No.
3386, that this court has the authority, and that it

is its duty, under facts and conditions similar to those presented by the record in the instant case, to order the case re-entered as pending on error.

The motion of the appellants to remand the case is denied. The motion of the appellees to dismiss the appeal is granted, and on the authority of the *Western Lumber and Pole Company* case, *supra,* and for the reasons assigned in the opinion handed down in that case, it is ordered that this case be re-entered as pending on error.

HURLBUT, Judge, dissents from so much of the opinion as pertains to the right of this court to re-enter the case as pending on error.

Decided May 13, A. D. 1912. Rehearing denied June 10, A. D. 1912.